DMJ:ALB
F. #2009R00850/OCDETF #NY-NYE-421

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

CARLOS ANDRES MESA CARRILLO,
    also known as "Ricardo,"

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 09-270 (S-1)(SJ)
(T. 18, U.S.C., §§
 201(b)(2)(A),
 201(b)(2)(C),
 981(a)(1)(C),
 1513(b)(2), 1513(d), 3238,
 2 and 3551 et seq.; T. 28,
 U.S.C., § 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Bribery of a Public Official)

    1. On or about and between January 1, 1995 and January 31, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARLOS ANDRES MESA CARRILLO, also known as "Ricardo," being a public official, to wit: a Colombian law enforcement official acting for and on behalf of the United States, did knowingly, intentionally and corruptly demand, seek, receive, accept and agree to receive and accept, directly and indirectly, things of value, to wit: United States and Colombian currency, watches and a motor vehicle, in return for: (a) being influenced in the performance of one or more official acts, and (b) being

induced to do and omit to do one or more acts in violation of his official duty.

(Title 18, United States Code, Sections 201(b)(2)(A), 201(b)(2)(C), 3238, 2 and 3551 et seq.)

## COUNT TWO
(Witness Retaliation)

2. On or about and between January 1, 1995 and January 31, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CARLOS ANDRES MESA CARRILLO, also known as "Ricardo," together with others, did knowingly and intentionally engage in conduct and thereby cause bodily injury to another person, to wit: Jane Doe, whose identity is known to the United States Attorney, with intent to retaliate against Jane Doe for providing to a law enforcement officer information relating to the commission and possible commission of Federal offenses.

(Title 18, United States Code, Sections 1513(b)(2), 1513(d), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT ONE

3. The United States hereby gives notice to the defendant, CARLOS ANDRES MESA CARRILLO, also known as "Ricardo," that, upon conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), which requires forfeiture of any

and all property, real or personal, which constitutes or is derived from proceeds traceable to such offense, and all property traceable to such property, including but not limited to a sum of money representing the amount of proceeds obtained as a result of such offenses.

   4. If any of the forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28,

United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant.

(Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c))

By: /s/
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK